**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Curtis KEYS, Defendant–
Appellant.**

**No. 93–50281.**

United States Court of Appeals,
Ninth Circuit.

March 11, 1996.

*ORDER*

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.